IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STUART D. HOWARD, | ) | 4:12CV3194 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ROBERT P. HOUSTON, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on Petitioner's "Renewed Motion to Appoint Counsel and Request for an Evidentiary Hearing." (Filing No. 25.) For the reasons set forth in the court's Memorandum and Order entered earlier today, Petitioner's request for the appointment of counsel is denied. In addition, Petitioner's request for an evidentiary hearing is denied. The court will determine whether an evidentiary hearing and the appointment of counsel are warranted after the court reviews the parties' submissions and the state court records. Accordingly,

IT IS THEREFORE ORDERED that: Petitioner's "Renewed Motion to Appoint Counsel and Request for an Evidentiary Hearing" (Filing No. 25) is denied.

DATED this 4th day of March, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.