IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| Stuart D. Howard, | ) | 4:12CV3194 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM AND** |
| | ) | **ORDER** |
| Robert P. Houston, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on its own motion. The above referenced case is closed and the appeal time has expired.

Accordingly,

IT IS THEREFORE ORDERED that: the State Court Records filed as attachments to Filing Number 10 (4 CDs), be returned to Nathan A. Liss, counsel for Respondent, for appropriate disposition. The State Court Records may be picked up in Lincoln, Nebraska.

Dated August 7, 2014

BY THE COURT

*Richard G. Kopf*
Senior United States District Judge